**No. 09-11148. Richard Manuel Burgos, Petitioner v. Michael Yarborough, Warden, et al.**

562 U.S. 864, 131 S. Ct. 147, 178 L. Ed. 2d 89, 2010 U.S. LEXIS 6715.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 369 Fed. Appx. 799.

**No. 09-11149. Lee T. Newell, Petitioner v. United States.**

562 U.S. 864, 131 S. Ct. 147, 178 L. Ed. 2d 89, 2010 U.S. LEXIS 6596.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 596 F.3d 876.

**No. 09-11150. Daniel J. Quattrini, Petitioner v. Jack Palmer, Warden, et al.**

562 U.S. 864, 131 S. Ct. 148, 178 L. Ed. 2d 89, 2010 U.S. LEXIS 6605.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-11151. Victor Rivera-Milan, Petitioner v. United States.**

562 U.S. 864, 131 S. Ct. 148, 178 L. Ed. 2d 89, 2010 U.S. LEXIS 6578.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-11152. Bruce Lamont Smith, Petitioner v. United States.**

562 U.S. 864, 131 S. Ct. 148, 178 L. Ed. 2d 89, 2010 U.S. LEXIS 6689.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-11153. Jedene Randolph Rooks, aka Jedene Randy Rooks, Petitioner v. United States.**

562 U.S. 864, 131 S. Ct. 148, 178 L. Ed. 2d 89, 2010 U.S. LEXIS 6539.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 596 F.3d 204.

**No. 09-11154. Sahi Sarwar, Petitioner v. United States.**

562 U.S. 864, 131 S. Ct. 148, 178 L. Ed. 2d 89, 2010 U.S. LEXIS 6569.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 353 Fed. Appx. 347.

**No. 09-11155. Javier Armondo Dominguez-Ramirez, Petitioner v. United States.**

562 U.S. 864, 131 S. Ct. 148, 178 L. Ed. 2d 89, 2010 U.S. LEXIS 6634.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.